COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Robert B. Walker, et al. v. Carolyn Taub and Lori Hood

Appellate case number:   01-20-00580-CV

Trial court case number:  2016-20807

Trial court:                  295th District Court of Harris County

Appellants, Robert B. Walker and Water Removal and Drying of Houston, L.L.C., formerly doing business as Rainbow International of Houston, have filed a second motion for extension of time in which to file their brief. Appellants' motion is **granted**. Appellants' brief is due on May 12, 2021.


It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                Acting individually


Date: <u>April 13, 2021</u>